739 A.2d 159

**AWACS, INC., d/b/a Comcast Metrophone, Appellant,**

v.

**ZONING HEARING BOARD OF NEWTOWN TOWNSHIP, DELAWARE COUNTY, and Rose Marie Tittermary, Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.

Decided Nov. 8, 1999.

Randall C. Schauer, West Chester, Timothy F. Rayne, Kennett Square, for AWACS, Inc.

John A. Prodoehl, Jr., Media, for Rose Marie Tittermary.

Bruce A. Irvine, Media, for Zoning Hearing Bd.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Order of Commonwealth Court affirmed. *See Crown Communications v. Zoning Hearing Board of Borough of Glenfield,* 550 Pa. 266, 705 A.2d 427 (1997).